UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPHINE BROWN wife of/and <br> CHARLES BROWN <br>     Plaintiff | * | **CIVIL ACTION** |
| | * | **NO.** _____ |
| VERSUS | | |
| | * | **SECTION:**      **MAG: (   )** |
| UNITED STATES OF AMERICA | | |
|     Defendant | * | **COMPLAINT UNDER** <br> **FEDERAL TORT CLAIMS ACT** |

## COMPLAINT

Plaintiff, Josephine Brown wife of /and Charles Brown, a person of the age of majority, and residing in Orleans Parish, State of Louisiana complains against defendant, the United States of America, alleging:

## JURISDICTION

1. The jurisdiction of this court is based upon the Federal Tort Claims Act, 28 U.S.C. § 1346(b), 2671-2680 and 28 U.S.C. § 1331.

2. Plaintiff is a citizen of the United States and of the full age of majority.

3. Plaintiff filed an administrative claim, Standard form 95 and attachment, with the Southeast Louisiana Veterans Health Care System of New Orleans in New Orleans, Louisiana, via certified mail on November 19, 2018 as required by 28 U.S.C. § 2675(a), and was notified by the Office of General Counsel of its receipt of plaintiff's "tort claim" on December 6, 2018 by letter dated January 4, 2019.

4. The plaintiff was notified by certified letter dated April 20, 2021 that his claim was denied. Accordingly, pursuant to 28 U.S.C. § 2401(B) suit is timely if filed within six(6) months of the date of letter denying plaintiff's claim.

## VENUE

5. Venue is proper under 28 U.S.C. § 1402(b) because all of the acts and omissions complained of herein occurred in Orleans Parish, Louisiana, within the Eastern District of Louisiana, New Orleans Division.

## CLAIM FOR RELIEF

1.

Plaintiff, Charles Brown, is a veteran who has received treatment for years at the Veteran's Administration Medical Center and rehabilitation facility in New Orleans, Louisiana, or Southeast Louisiana Veterans Health Care System of New Orleans –an agency and/or instrumentality of defendant, United States of America. (Veteran's Hospital). Plaintiff Josephine Brown is the wife of Charles Brown and maintains a loss of consortium claim as a result of the injuries sustained by her husband Charles Brown.

2.

In 2017 Charles Brown was a long time diabetic patient of Dr Marcia Davila and presented to the VA Urgent Care Clinic on November 21, 2017 with an infected sore or blister on his foot. No oral or IV antibiotic was given Mr. Brown and he was released. On that visit he treated with Carolyn Storck, Samantha-Junius Arcement, Tonya Ragas and consulted with Dr. Erin McVey of the VA Staff.

3.

On November 25, 2017 Mr. Brown's condition was worsening and he was told to go to University Medical Center and was treated with Bactrim and discharged. No IV antibiotic treatment was prescribed.

4.

Mr. Brown on November 27, 2017, due to worsening condition of his foot,and fever, then again sought treatment at VA Urgent Care and VA Hospital and was treated by Dr Greg Baquet, Monica M. Wright and Delaney Davis who evaluated Mr. Brown and then advised he would need to be transferred to Tulane University hospital due to severe infection in his foot.

5.

Mr. Brown was transferred to Tulane University Hospital and underwent an amputation of the lower part of his leg as a result of the infection that was improperly treated.by a variety of physicians including the VA Staff on November 21, 2017.

6.

A Medical Review Panel has been convened and is currently awaiting Submission of Evidence against the University Hospital Emergency Room physician and Tulane University physicians concerning their improper care of Mr. Brown.

7.

Mr. Brown alleges that the VA physicians and staff negligently treated his infection of his foot in view of his diabetic history and failed to timely institute oral or IV antibiotics and as a result that negligence played a part in the eventual unnecessary amputation of his lower extremity.

8.

The physicians and any other health care providers responsible for Mr. Browns care and treatment fell below the applicable standards of care in the following non-exclusive respects:

a) Failure to properly treat a diabetic ulcer infection with appropriate modalities of oral or IV antibiotics when first treated Mr. Brown on November 21, 2017

b) Failure to properly treat Mr. Brown and provide proper care as called for considering his diabetic condition and allowing the condition to worsen to point of amputation of lower extremity.

c) Any and all other allegations of negligence that may be discovered during the proceedings or at trial of this matter.

9.

At all relevant times and dates herein, the VA Hospital physicians and staff, and other health care providers responsible for Mr. Brown's care and treatment were employees and/or agents of the VA Hospital, Southeast Louisiana Veterans Health Care System of New Orleans and acting within the scope of their offices and/or employment, which agency is therefore responsible, both independently and vicariously, for their negligent acts and/or omissions.

10.

Plaintiffs, Josephine Brown wife of and Charles Brown, aver that the professional negligence and medical malpractice of the VA physicians, staff, nurses and other health care providers as set forth above was the factual, legal and proximate cause of, or substantial contribution to Mr. Huber's damages, physical and mental pain and suffering, loss of enjoyment of life, loss of a chance of a successful outcome, future medical care from and including the date

of the malpractice as well as damages for Josephine Brown for loss of Consortium as a result of injuries sustained by Charles Brown and all of the aforesaid damages amount to a total of ONE MILLION DOLLARS($1,000,000).

WHEREFORE, plaintiffs respectfully pray for judgment against the defendant as follows:

I. For damages in the sum of $1,000,000.00 plus interest and costs; and

II. For such other and further relief as the court may deem just and proper in the premises.

III. Plaintiff requests a trial before a jury.

Respectfully Submitted,

/s/ *Patrick H. Hufft*
PATRICK H. HUFFT (Bar Roll No.: 17633)
HUFFT & HUFFT
635 St. Charles Avenue
New Orleans, LA 70130
Telephone: 504-522-9413
Facsimile: 504-586-9945
Email: PHUFFT@HUFFTLAW.COM